Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

## District Of New Jersey

In re  Stanley J. Budzinski_____ ,      Case No.  14-26127-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  __7___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____09/28/2018_____.

McCormick 110, LLC_____                     Shellpoint Mortgage_ Servicing
Name of Alleged Transferor                   Name of Transferee

Address of Alleged Transferor:               Address of Transferee:
McCormick 110, LLC                           Shellpoint Mortgage Servicing
Pluese Becker & Saltzman, LLC                P.O. Box 10675
20000 Horizon Way, Suite 900                 Greenville, SC 29603-0675
Mt. Laurel, NJ 08054

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_10/10/2018_____                 Jeanne A. Naughton
                                             **CLERK OF THE COURT**