Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−26127−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stanley J. Budzinski | Judith L. Budzinski |
| 16 Schaaf Road | 16 Schaaf Road |
| Bloomsbury, NJ 08804 | Bloomsbury, NJ 08804 |

Social Security No.:
   xxx−xx−9665                                      xxx−xx−7627

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after November 6, 2019 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 7, 2019
JAN: rms

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley J. Budzinski  
Judith L. Budzinski  
    Debtors

Case No. 14-26127-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 07, 2019  
                   Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.  
db/jdb     +Stanley J. Budzinski,    Judith L. Budzinski,    16 Schaaf Road,    Bloomsbury, NJ 08804-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:52     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:51     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric   Clayman    on behalf of Joint Debtor Judith L. Budzinski jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Eric   Clayman    on behalf of Debtor Stanley J. Budzinski jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Robert P. Saltzman    on behalf of Creditor    McCormick 110, LLC dnj@pbslaw.org  
       Stephanie F. Ritigstein    on behalf of Debtor Stanley J. Budzinski jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Stephanie F. Ritigstein    on behalf of Joint Debtor Judith L. Budzinski jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
                                                                                                                       TOTAL: 9